**Order entered March 20, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01017-CV

## IN THE MATTER OF CYNTHIA HOUSTON AND CHARLES ANTHONY ALLEN SR.

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV99-01573-V**

## ORDER

We **GRANT** appellant's March 18, 2014 second motion for an extension of time to file a motion for rehearing. Appellant shall file his motion for rehearing on or before April 1, 2014. We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/    DAVID LEWIS
       JUSTICE